December 22, 2015

Twelfth Court of Appeals                    Deborah Ann Patterson
Cheif Justice James T Worthen              #02010104
1517 West Front Street SWT354              Plane State Jail
Tyler, TX 75702                            904 FM 686
                                           Dayton, TX 77535

RE: Case Number: 12-15-00191 CR
Trial Court Case Number - 114-0784-14
Style:

            Deborah Ann Patterson
                    V
            The State of Texas

FILED IN COURT OF APPEALS
12th Court of Appeals District

DEC 28 2015

TYLER TEXAS
PAM ESTES, CLERK

To the honorable Justice of the Court of appeals.
I Deborah Ann Patterson as for your Instruction am responding
to your letter I recieved November 30, 2015.

I wish to file a Pro se brief on my own behalf. Phone
Interview, Video, Bench Warrant. My new appointed lawyer
whom I'v not had contact with has withdrawn from
my case. I will continue to seek councel at this time.
If there are any specific forms or Documents I need
to fill out or review, I am requesting that the courts
please send them Immediately and please allow me
enough time to respond. Pray, file and bring to the
attention of the Court. Thank you for your consideration

                    Respectfully
Deborah Ann Patterson #02010104 Plane State Jail
CC: File      904 FM 686, Dayton, TX 77535